IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Nos.  05-cv-00508-RPM
05-cv-00509-RPM

KENNETH W. LETT, SHANNON ZAUN, THELMA LYLES, JAMES GERRITY, SHAUN HILBIG, MARK GONYA and THOMAS ZIEGLER

    Plaintiff,

v.

TIAA-CREF,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the parties Stipulation for Dismissal With Prejudice, and being fully informed on the issues, hereby ORDERS as follows:

The above-referenced case is hereby dismissed with prejudice.  Each party is to pay his, her or its own costs and attorneys' fees.

DATED this 22nd day of  January, 2007.

                BY THE COURT:

                s/Richard P.  Matsch
                _____
                United States District Court Judge